## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

NOLTE ENTERPRISES LLC,
JAMES NOLTE,
BRAXTON NOLTE,
    and
TRACY NOLTE,

            Plaintiffs,

   v.

THE FLOORING CENTER, LLC,
CERTIFIED CARPET DISTRIBUTORS,
INC.,
NEXT FLOOR, INC., and
RICHARD MENEFEE,

            Defendants.

Civil Action No. 5:23-cv-105
Judge John Preston Bailey

## AGREED DISMISSAL ORDER

AND NOW, come the parties, by and through their undersigned counsel, and represent to the Court that all claims and controversies existing between them have been compromised and settled and are now moot.

WHEREFORE, it is hereby ORDERED that Plaintiffs' claims against Defendants, as well as any and all claims that have been or could have been asserted between the Defendants, are hereby DISMISSED with prejudice, with each party bearing their own costs and attorney fees.

The Clerk is directed to mark the docket settled and discontinued, and to send certified copies of this Order to all counsel of record.

Entered this 25th day of April , 2024.

The Honorable John Preston Bailey
United States District Judge

Prepared by:

**DELL, MOSER, LANE & LOUGHNEY, LLC**

/s/ *Thomas E. Zumpella*
Thomas E. Zumpella, Esquire
WV Bar No. 11241
Suite 1500 Two Chatham Center
112 Washington Place
Pittsburgh, PA  15219
Telephone:  412-471-1180
Facsimile:  412-471-9012
tez@dellmoser.com
*Counsel for Defendant The Flooring Center, LLC*

Approved by:

**SCHRADER, COMPANION, DUFF & LAW, PLLC**

/s/ *R. Jared Lowe*
R. Jared Lowe, Esquire
WV Bar No. 13437
401 Main Street
Wheeling, WV 26003
Telephone:  304-233-3390
Facsimile:  304-233-2769
rjl@schraderlaw.com
*Counsel for Plaintiff*

Approved by:

**CIPRIANI & WERNER PC**

/s/ *Jayson T. Hamrick*
Jayson T. Hamrick, Esquire
WV Bar No. 13623
500 Lee Street East, Suite 900
Charleston, WV 25301
Telephone:  304-341-0500
Facsimile:  304-341-0507
dadkins@c-wlaw.com
*Counsel for Defendant Certified Carpet Distributors, Inc.*

Approved by:

**JENKINS FENSTERMAKER, PLLC**

*/s/ Robert H. Sweeney, Jr.*
Robert H. Sweeney, Jr., Esquire
WV Bar No. 5831
P.O. Box 2688
Huntington, WV 25726-2688
Telephone:  304-523-2100
Facsimile:  304-523-2347
RHS@JenkinsFenstermaker.com
*Counsel for Defendant Next Floor, Inc.*